BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAVINDER SINGH,<br><br>Defendant. | CASE NO. 2:15-CR-0232 GEB<br><br>VIOLATION: 7 U.S.C. § 2024(B) - UNAUTHORIZED USE OF FOOD STAMPS |

# I N F O R M A T I O N

COUNT ONE: [7 U.S.C. § 2024(b) - Unauthorized Use of Food Stamps]

The United States Attorney charges: T H A T

RAVINDER SINGH,

defendant herein beginning at a date unknown, but not later than in or about 2005, and continuing through in or about October 2011, in the State and Eastern District of California, did knowingly use, acquire and possess, and cause others to acquire and possess, food stamp coupons, authorization cards and access devices of a value in excess of $5,000, that is, approximately $1.5 million, in a manner not authorized by the Food Stamp Act of 1964 and regulations issued pursuant thereto, in that the defendant

///

///

1 | exchanged cash and non-food items for food stamp benefits, in violation of Title 7, United States Code,
2 | Section 2024(b).

3 | Dated: December 8, 2015

BENJAMIN B. WAGNER
United States Attorney

JARED C. DOLAN
Assistant United States Attorney

INFORMATION                                    2

## United States v. Ravinder Singh
## Penalties for Information

**COUNT 1:**   Ravinder Singh

VIOLATION:   7 U.S.C. 2024(b) – Unauthorized Use of Food Stamps

PENALTIES:   Not more than 20 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)