BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-232 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| RAVINDER SINGH, | DATE: January 15, 2016 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on January 15, 2016.

2. By this stipulation, defendant now moves to continue the hearing date until February 12, 2016, and to exclude time between January 15, 2016, and February 12, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires to change the date for the change of plea hearing because he is unavailable for the currently scheduled hearing date. He will be out of the state on January 15, 2016, and the next available date when counsel is available to appear is February 12, 2016.

   b) Counsel for defendant believes that failure to grant the above-requested

continuance would unreasonably deny the defendant continuity of counsel. Counsel has represented the defendant in this action for years prior to the defendant being charged and is requesting a delay of approximately one month because of a previously planned trip.

      c)      The government does not object to the continuance.

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 15, 2016 to February 12, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 10, 2016                BENJAMIN B. WAGNER
                                                    United States Attorney

                                                     /s/ JARED C. DOLAN
                                                   JARED C. DOLAN
                                                   Assistant United States Attorney

Dated:  January 10, 2016                /s/ DOUGLAS SRULOWITZ
                                                   DOUGLAS SRULOWITZ
                                                   Counsel for Defendant
                                                   RAVINDER SINGH

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge