PHILLIP A. TALBERT
Acting United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-232 GEB |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS REFERENCED IN THE GOVERNMENT'S PUBLIC SEALING NOTICE |
| v. | |
| RAVINDER SINGH, | |
| Defendant. | |

Based upon the representation contained in the Government's "Request to Seal . . ." and the "Government's Motion and Supporting Memorandum for Downward Departure Pursuant to U.S.S.G. Section 5K1.1," IT IS HEREBY ORDERED that these documents shall be filed under SEAL until further order of this Court. The sealed documents contain the reasons and compelling interests justifying the sealing decision, and there are no additional alternatives to the requested sealing.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

Dated: May 26, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge