FILED
OCT 04 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAVINDER SINGH, ) <br> ) <br> Defendant. ) | Case No. 2:15-cr-00232 <br><br> ORDER FOR RELEASING PERSON IN CUSTODY |

To the UNITED STATES MARSHALL:

    Since Ravinder Singh has served his federal sentence for violation of conditions of supervised release as of the date below, you shall release Ravinder Singh from custody in this case on October 8, 2019.

Dated: October 4, 2019

Garland E. Burrell, Jr.
United States District Judge

— file copy —
served on USM in Court on 10/4/19

1