IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAVINDER SINGH,<br><br>Defendant. | Case №: 2:15-cr-00232 JAM<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above named defendant has satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her for a petition to violate his supervised release. Ms. Babineau needs to work on the case even though there is no federal court date yet. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Kelly Babineau is appointed to represent the above defendant in this case effective *nunc pro tunc* to September 10, 2020.

This appointment shall remain in effect until further order of this court.

DATED:  9/18/2020

/s/ John A. Mendez
United States District Court Judge

ORDER APPOINTING COUNSEL            1