KELLY BABINEAU, SBN 190418
THE LAW OFFICE OF KELLY BABINEAU, APC
455 Capitol Mall, Suite 801
Sacramento CA 95814
Telephone:   (916) 442-4948
E-Mail:      kbabineau@klblawoffice.net

Attorney for Defendant
RAVINDER SINGH

# IN THE UNITED STATES OF DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAVINDER SINGH,<br><br>Defendant. | Case No.  15-CR-00232 JAM<br><br>STIPULATION AND ORDER FOR RELEASE |

1. Mr. Ravinder Singh is currently pending a violation of supervised release in 15-CR-00232, based upon an arrest that occurred on September 7, 2020 in Santa Clara County.

2. Mr. Singh was released from state custody and transported to the Eastern District, based upon a federal arrest warrant for a violation of supervised release.

3. His Santa Clara case (C2011921) is currently pending, and is scheduled for a next court date of January 26, 2021.

4. The parties agree and stipulate and request the Court find the following:

   a. Mr. Singh be released from the Sacramento County Jail to attend the City Team / Oakland program. This program is a year long residential program. It requires all residents to participate in the entire year-long program and meet all requirements, including attending and completing a 16 week anger management program, Boundaries, Relapse Prevention, Group Process, alcohol and drug treatment. The program also does random urine analysis and breathalyzer tests.

   b. Mr. Singh's release would be conditional upon his participation and compliance with this program.

   c. If Mr. Singh fails to follow the program or leaves without permission, City Team will inform US Probation Officer Whitney Mize immediately.

5. The release to this program will allow Mr. Singh to handle his matter in Santa Clara. If he remains in Federal custody, he will not be able to be transported to Santa Clara County to appear and attempt to resolve that matter. In addition, his public defender in Santa Clara has limited access to Mr. Singh. He does not have the resources to drive to the Sacramento County Jail and telephone calls from the jail are recorded. Consequently, his ability to have a confidential communication with Mr. Singh is limited.

6. The specific order for release is detailed below. This order will allow Mr. Singh to be released from the Sacramento County Jail and be transported directly to the City Team program.

7. Mr. Singh will remain on supervised release with all other terms and conditions to remain in full force and effect.

IT IS SO STIPULATED.

Dated: December 8, 2020                    Respectfully submitted,

/s/ Michael Redding
MICHAEL REDDING
Assistant U.S. Attorney

Dated: December 8, 2020                    /s/ Kelly Babineau
KELLY BABINEAU
Attorney Ravinder Singh

Dated: December 8, 2020                    /s/ Whitney Mize
WHITNEY MIZE
US Pretrial Release Officer

ORDER FOR RELEASE

Mr. Ravinder Singh is to be released from Sacramento County Jail to the custody of the U.S. Marshall on December 10, 2020 at 9:00 a.m.  Prior to release, the Sacramento County Jail is to conduct a COVID test within 48 hours of his ordered release. The results must be received before Mr. Singh can be released.  If they are not received, or if Mr. Singh tests positive for COVID-19, he is to remain in custody until further order of the Court.  If Mr. Singh tests negative for COVID-19, Mr. Singh will be picked up from the U.S Marshall on December 10, 2020 by Lisa Gara, licensed private investigator, and transported to City Team Oakland, where he will participate in their yearlong residential program.

Mr. Singh will remain on supervised release.

**IT IS SO ORDERED**

DATED: 12-9-2020

_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE